# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VINCENT P. LAROBINA,<br><br>                              Plaintiff,<br><br>     v.<br><br>LUSTIG, GLASER & WILSON, PC, and CITIBANK, N.A.<br><br>                              Defendants. | Civil Action No.<br><br>(Connecticut Superior Court, J.D. of Fairfield, at Bridgeport, No. FBT-CV-16-5031346-S)<br><br>February 1, 2016 |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. Sections 1331, 1441(b), and 1446, defendant Citibank, N.A. ("Citibank") hereby removes the action entitled *Vincent P. Larobina v. Lustig, Glaser & Wilson, P.C.*, pending in the Connecticut Superior Court, Judicial District of Fairfield, Civil Action No. FBT-CV-16-5031346-S (the "Action"), to the United States District Court for the District of Connecticut on the following grounds:

1.      On or about December 26, 2015, plaintiff claims to have mailed the Summons and Complaint in the Action to Citibank. On January 11, 2016, Citibank received a copy of the Summons and Complaint in the Action via certified mail.[1] Citibank is informed and believes that defendant Lustig, Glaser & Wilson, P.C. received a copy of the Summons and Complaint in the Action on or about January 7, 2016 via certified mail.

---

[1] Although plaintiff has attempted to serve Citibank pursuant to CGS § 33-929 by mailing a copy of the Summons and Complaint to Citibank's principal place of business, such service is improper and ineffective because Citibank maintains a registered agent within Connecticut. All rights are reserved.

2. Citibank has timely filed this Notice of Removal within 30 days of all defendants purportedly receiving service of the Summons and Complaint. See 28 U.S.C. § 1446(b).

3. Lustig, Glaser & Wilson, P.C. has consented to, and joins in, the removal of the Action. A true and correct copy of Lustig, Glaser & Wilson, P.C.'s Joinder and Consent is attached hereto as **Exhibit B**.

4. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331 and is one which may be removed to this Court by Citibank pursuant to the provisions of 28 U.S.C. Section 1441(b) in that plaintiff Vincent Larobina ("Plaintiff") alleges a violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (Complaint ¶11), a claim that is created by, and arises under, federal law. To the extent any other claims in the Action may arise under state law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. Sections 1367 and 1441(c).

5. This Court is the proper district court for removal because the Fairfield Superior Court is located within the United States District Court for the District of Connecticut.

6. True and correct copies of all pleadings, process, and orders served upon Citibank in the Action are attached in composite **Exhibit A**.

7. Citibank is simultaneously filing a copy of this Notice of Removal of Action with the state court in the Action. A true and accurate copy of the Notice of Removal with the state court is attached as **Exhibit C**. Citibank will serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

8. By virtue of this Notice of Removal of Action and the Notice filed in the Action, Citibank does not waive its rights to assert any personal jurisdictional defense or other motions including Rule 12 motions and/or motions to compel arbitration permitted by the Federal Rules of Civil Procedure.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | WELLS FARGO BANK, N.A. |
|  | By its attorneys, |
|  | /s/ David M. Bizar |
|  | David M. Bizar (CT20444) |
|  | dbizar@seyfarth.com |
|  | SEYFARTH SHAW LLP |
|  | World Trade Center East |
|  | Two Seaport Lane, Suite 300 |
|  | Boston, MA 02210 |
|  | Telephone: (617) 946-4874 |
| Dated: February 1, 2016 | Facsimile: (617) 790-5368 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2015, a true copy of the foregoing was served via first class mail upon all parties of record, as follows:

Vincent Larobina
113 Grove Street
Stamford, Connecticut 06901

/s/ David M. Bizar
David M. Bizar