FILED

2016 MAY 27 PM 12: 49

US DISTRICT COURT
BRIDGEPORT CT

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| VINCENT P. LAROBINA, | * | CASE NO. 3:16: CV-00153-SRU |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| | * | |
| LUSTIG, GLASER & WILSON | * | |
| CITIBANK, NA | * | |
| Defendants | * | May 27, 2016 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT
### TO FRCP 41(a)(1)(A) (i) AS TO THE FOLLOWING CLAIMS

Pursuant to **FRCP 41(a)(1)(A) (i)** of the Federal Rules of Procedure, relative to the above- captioned action, the plaintiff, Vincent P. Larobina hereby gives notice that the plaintiff voluntarily dismisses, without prejudice, **_all his claims_** against Defendant Citibank NA, including Counts One, Three, Four and Five.

Additionally, the plaintiff voluntarily dismisses, without prejudice, Count Four against Defendant Lustig, Glaser & Wilson.

Counts Two and Six directed against Defendant Lustig remain in effect.

RESPECTFULLY SUBMITTED,

Vincent P. Larobina, Plaintiff Pro Se
113 Grove Street
Stamford, Connecticut 06901
TEL.;   2033252004

1

## CERTIFICATION

This is to certify that a copy of the foregoing  was either mailed, first class, postage paid, or in hand delivered to counsel of record
\

Attys. Trifon, Tringali and/or Farence (of)          Brian Hogancamp
Locke Lord LLP                                        Lustig, Glaser, Wilson
20 Church Street 20th Flr                             PO Box 549287
Hartford, Ct 06103                                    Waltham, MA    02454


_____
Vincent P. Larobina