UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS (Worcester)

Timothy LaTour
             **Plaintiff**

                                                                                              16-CV-40072-TSH

Lustig, Glaser & Wilson P.C.,
            **Defendant**

**DEFENDANT LUSTIG, GLASER & WILSON, P.C.'s MOTION TO DISMISS THE COMPLAINT UNDER F.R.C.P. 12b(6).**

NOW COMES the above named Defendant in the above entitled action, and respectfully moves this Honorable Court to dismiss the Plaintiff's amended complaint pursuant to F.R.C.P. rule 12b(6). As grounds for this motion, the above named Defendant submits that the pleadings set forth in this case, and the uncontested facts established therein, clearly indicate that there are no issues of fact in this matter. As such, LGW respectfully submits that the only issues remaining are matters of law, which can be decided by the Court per FRCP 12b(6).

In further support of this motion, Defendants rely upon the Plaintiff's complaint and the applicable statutory and case law. Defendant's memorandum of law in support of this motion is submitted herewith and incorporated herein by reference.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully requests that the Court schedule this motion for oral argument.

## CERTIFICATION PURSUANT TO RULE 7.1A(2)

Counsel for Defendants hereby certifies that he has discussed these issues with Plaintiff in an effort to resolve this matter without need for motion. The parties were unable to resolve the issues.

Respectfully Submitted,
Lustig, Glaser & Wilson P.C.
Defendant, by their attorney


___s/s__ Brian F. Hogencamp____
Brian F. Hogencamp, BBO#674518
Lustig, Glaser & Wilson P.C.
Po Box 549287.
Waltham, MA 02454
(781) 514-1524
bhogencamp@lgw.com

### Certificate of Service

I, Brian F Hogencamp, hereby affirm that this document filed by ECF will be sent electronically to the participants as identified on the Notice of Electronic Filing (NEF) on July 20, 2016.

__/s/__ Brian F Hogencamp_____
Brian F. Hogencamp, Esq
